# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SAMANTHA R. GANA, as the personal representative of the Estate of RICHARD W. GANA, deceased,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, f/k/a Burlington Northern and Santa Fe Railway Company,<br><br>Defendant. | Case No. 2:19-cv-01919<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

THIS MATTER coming on for dismissal on the stipulation of the parties, it is

ORDERED that the above-entitled action and complaint be dismissed with prejudice, with each party to pay her or its own costs and attorney's fees.

DATED this 24th day of April, 2020.

_____
Marsha J. Pechman
United States District Judge

CC:  Wayne Mitchell, Esq.
     Luke Pepper, Esq.
     Anthony M. Nicastro, Esq.

1